(A touch of Heaven's delights).

RECEIVED
USDC, CLERK GREENVILLE, SC
2014 SEP 24 AM 11:23

United States Dist. Court For Dist. of South Carolina
**AND**
State of South Carolina - Counties of Richland & Oconee
**AND**
(World WIDE) Defs..

Julian E. Rochester, once, 1757) /A) 2014-
Pro Se Kidnap Citizen 504/ADA;)   (A "state & Fed. torts claims) For a
"The Real" Mr. Baby Doll - Romed-)   Writ of mandamus & 1983 & 1985
Felup Sos, & NOT remodeling ONR)   (3) suits to Force Defs. to pay
Services, Seneca, S.C., Oconee;)   the "5¢" on the dollar, For every
    -vs-                          ) dollar collected, charged, made
1. Time Warner, Inc., et. al., &/) From use of his company names,
2. World Wide Championship     ) as Rick Flare-wrestler's, mr.?
Wrestling, Inc., (OK)          ) ? manager agreed to pay 1981
3. Rick Flare-"Mr. Baby Doll", of) through Sylvia Lacey-? Siblio?;
Five Billion or more Defs. World) "H.V. & Fay Lacey, daughter; Pro Se
Wide Use, Litho Se business    ) seek 2 Billion against news
For a Profit See Parts pg. 2-3;) medias & all companys, etc. al.. & see
Defs..                          ) 3 (S.C. code 15-3-40(3) & 50 & 60 Applies)..

== (SEEKS Extraordinary reliefs) ==

✓ 1. Pro Se seeks Jury Trail, & a neutral administrator of disputes by independent Arbitrator Judge & lawyers, to meet with all Defs. & Pro Se, to settle & come to agreements whom owes Pro Se these monies, never paid; Pro Se tried to File these cases but Fed. Judges-Conspirators blocked them once, Pro Se learned Rick Flare's & his manager?, & defs. were using, Mr. & Mrs. Baby Doll, Pro Se's company name, on every thing & ads, &

1-5.

(Defendants):

1. Time Warner, Inc.
2. World Wide Championship Wrestling, Inc.
3. Rick Flare-Mr. BabyDoll
4. the CBS Telev. Nett., (OK)
5. NBC Universal, Inc., (OK)
6. ABC, Inc. (OK)
7. Foxx, Inc. (OK)
8. Duracell N. America, Inc.
9. Timex, Corp. (A (OK))
10. Michelin N. America, Inc.
11. Google Comm., Inc.
12. Apple Computer, Inc.
13. Sprint Nextel, Inc.
14. Microsoft, Corp.
15. American Express Comp.
16. Visa USA, Inc.
17. Master Card Worldwide
18. Citibank, Inc.
19. J.C. Penney Comp. Inc. (OK)
20. Wal-Mart Stores, Inc.
21. Kmart Corp. (OK)
22. the Coca-Cola Comp. (OK)
23. Pepsi-Cola Comp.
24. Dr Pepper/Snapple Corp., Inc. (OK)
25. L.L. Bean, Inc.
26. Anthemaer-Busch, Inc.
27. Miller-Coors, Inc.
28. the Quaker Oats Comp., (OK)
29. Nestle USA, Corp. (OK)
30. Kellogg Comp., (OK)
31. Campbell Soup Comp. (OK)
32. Ocean Spray Cranberries, Inc.
33. Pepperidge Farm, Inc., (OK)
34. Mars Chocolate N. America Corp. (OK)
35. Hershey, Corp. (OK)
36. The Wendy's Group (A (OK))
37. Burger King Corp (OK)
38. Pizza Hut, Corp.
39. McDonald, Corp
40. Subway Corp.
41. Domino's Pizza, Inc.
42. The Clorox Comp., (OK)
43. Remington Prods. Comp. (OK)
44. the Colgate-Palmolive Comp.
45. the Procter & Gamble Comp.
46. Stanley Hardware, Corp. (OK)
47. Eastman Kodak, Comp.
48. True Value, Comp (OK)
49. United Parcel Svs. (USP)
50. FedEx Corp.
51. H&R-Block, Inc.
52. L'Oreal USA, Corp
53. the Estee Lauder Comp., Inc.
54. Maybelline, Inc.
55. Neutrogena Corp.
56. Victoria's Secret Stores, Inc.
57. Readers Digest Assoc., Inc
58. T.V. Guide Corp
59. Publishers Clearing House, Corp.
60. Polaroid Corp (OK)
61. Sony Corp of America, Inc
62. Radio Shack, Corp. (OK)
63. Zenith Electronics, Corp. (OK)
64. Zales Jewelers Comp.
65. Lincoln-Ford M. Comp. (OK)
66. Ford Motor Comp (OK)
67. Pontiac-GMC Comp. (OK)
68. Cadillac-Manuf. Comp.
69. Oldsmobile-Manuf. Comp.
70. Dodge Manuf. Comp.
71. Jeep-Chrysler Group, LLC.
72. BMW of N. America, LLC.
73. Mercedes-Benz USA, LLC
74. Winnebago Ind., Inc.
75. Volvo-Cars of North-America, LLC
76. Toyota Motor-Sales, USA, Inc.
77. Volkswagon Group of America, Inc.
78. Toys R-Us, Corp
79. Fisher-Price, Corp.
80. Hasbro, Inc.
81. Mattel, Inc.

(Defs. continued):   (A touch of Heaven's delights)

| # | Defendant | # | Defendant | # | Note |
|---|---|---|---|---|---|
| 82 | Nintendo, Corp. | 110 | "Sheraton" Hotels, Inc. (OK) | 134 | All sports complexes |
| 83 | Bank of America Corp. | 111 | Holiday Inn & Inn Express Corp. | | whom used (Mr. |
| 84 | Mutual of Omaha, Ins. Comp. | 112 | "Hilton" Hospitality, Inc. (OK) | | BabyDoll) Name to |
| 85 | Colonial Penn Life, Ins. Comp. | 113 | Ramada Inn Corp. | | make monies & a |
| 86 | Allstate, Ins. Comp. | 114 | Motel-6-Corp. | | Profit & to sell |
| 87 | Merrill Lynch Comp., Inc. | 115 | Days Inns Worldwide, Inc. | | items & Ads. etc. |
| 88 | United Airlines, Inc. | 116 | Denny's Corp.        (OK) | 135 | (5 Five Billion Defs.) |
| 89 | U.S. Airways, Inc. | 117 | "Silver Smirnoff 100 proof | | are more..et.al.. |
| 90 | Delta Airlines, Inc. | | Vodka, Corp. (A-OK) ✓ | | |
| 91 | Jet Blue Airways Corp. | 118 | "Pine Soap Corp." (A-OK) | | |
| 92 | Avis Rent-a-Car System | 119 | "Signal Mouthwash Comp. OK | | |
| 93 | Hertz-Corp. | 120 | "Close up Corp." (A-OK) | | |
| 94 | "Kraft" Foods, Inc. (OK) | 121 | "Lipton Tea Corp." (A-OK) ✓ | | |
| 95 | Kroger Comp. | 122 | Princess Cruise Lines, Corp. | | |
| 96 | Tyson Foods, Comp. | 123 | Carnival Cruise Lines, Corp. | | |
| 97 | BI-LO Stores, Inc. | 124 | Royal Caribbean Internat- | | |
| 98 | Winn-Dixie stores, Inc. | | -ional, Corp. | | |
| 99 | "Dunkin Donuts, Inc." (OK) | 125 | "Wrangler Corp." (A-OK) ✓ | | |
| 100 | "7-Eleven, Inc."   (OK) | 126 | "AT&T-Inc."       (OK) | | |
| 101 | Frigidaire Home Products Corp. | 127 | "BIC-Corp."       (OK) | | |
| | | 128 | "Tide with Bleach, Corp." (A-OK). ✓ | | |
| 102 | Whirlpool Corp | | | | |
| 103 | General Electric Comp. | 129 | "OLD-SPICE, Corp. (A-OK) ✓ | | |
| 104 | Hoover Comp. | 130 | "Pabst's Blue Ribbon Blouse | | |
| 105 | The Electrolux Group | | Corp."  (A-OK) ✓ | | |
| 106 | The Eureka-Comp. | 131 | "Hanes Corp" (A-OK) ✓ | | |
| 107 | "Black & Decker, Inc. (A-OK) | 132 | "Everready Battery Corp." | | |
| 108 | "Sealy Corp"  (OK) | 333 | Place's manager ? | | |
| 109 | "Sears Corp"  (OK) | | Mr. ? ? | | |

3-5

LEGAL MAIL SALUDA UNIT

(Facts)(continued):                    (A touch of Heaven's delights)

2) PlSe saw on TV - 1998 or 2002? his company name was being used, & Mr. ?? manager had fail. to inform PlSe he & Rick Flaire, "had excepted the terms", pay PlSe 5¢ on every dollar charged, made, collected, adds, companies, TV owners, movies, department stores, magazines, news, shoes, clothing, school supplies, "every thing" Mr. Baby Doll, Ms. Baby Doll, Mrs., Mss., miss., junior Baby Doll names were put on & Bill boards adds, Radios & TV - (comer - adds), & "toys". ?

3) & Rick Flaire, had to respect older persons, help mental ill or retarded children - persons, & try held & defend (Mr Baby Doll) name, by force - muscle "if need be", & he did these acts, PlSe saw in News Week & Sports mags. 2005 & the years & 2002 & 03.

4) Ms. Sylvia Lacy & Foy Lacy's brother, went to Seneca, S.C. Sports Complex Bldg, (1980-81), & she took PlSe's business cards (Mr. Baby Doll (Remodeling services) with her & gave them out, & Mr. ?? manager, & Rick Flaire got one, & sent her to ask PlSe could they use (Mr. Baby Doll) name for "Rick's new name", & I sent a note with chore & by word by S. Lacy, & ? Mr. Lacy Foy's brother back, before they left town; we all were drinking
* "Pony Blue Ribbon Beer, & I (Silver Smirnoff 100 proof Vodka in    *
* Upor (0 drink) + cracked ice, I called (A touch of Heavens). *
                                                        delights.

5) PlSe seeks for Judges Harwell, McDonald to refuse, see 6:14-128 RBH Rule 4,5,5(d)(5)(i) applies, & for Clerk to send PlSe a copy & 100 Summons, so he can serve defs, & sworn to under penalty of perjury by (18USC-1628) →
                    4
                   4-5.

Facts above are true & correct best of my knowledge without my legal files & Home office records - dates, & denied Access to Family & Friends by W.N. Nettles & Marshals & U.S. Postal Sers. stoping all Pro Se's mails & SCDC, See 6:14-3454 & 6:13-12, 1492, 1038, (3010-4 spts), 3011, 3089-RBH - Why & cases therein; & Pro Se v. E. H. Holder, et al. Filed 8-17-14 of 21 ps. no civil notts given yet, being held illegally by Judges def. for 2,402 Nation wide Conspirators lead by Obama & Nettles & Holder...

Respectfully Submitted;

Date Sept. 21, 2014,    Julian E. Rochester, CheE,    171579
(A touch of Heaven's delights)
(Vodka & Uper TEN)
ON ICE

5-5

LEGAL MAIL
SALUDA UNIT